**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JAMES BOYKIN,

                        Plaintiff,

-against-                        22 **CIVIL** 10513 (CS)

## JUDGMENT

WESTCHESTER COUNTY JAIL,
WESTCHESTER COUNTY DEPARTMENT
OF CORRECTION, WCDOC JOSEPH K. SPANO,
COMMISSIONER - WESTCHESTER COUNTY,
WESTCHESTER COUNTY EXECUTIVE, NURSE
PRACTITIONER ZOETH, NURSE "JANE"
MONROE (the first name being fictitious and
unknown), NURSE MONIQUE "DOE," (the last name
being fictitious and unknown), NURSE
PRACTITIONER LISA PALMIERI, MEDICAL
SUPERVISOR RAUL ULLOA, OFFICER D.
MARTINEZ, SERGEANT PRICE, WELLPATH INC.
a/k/a WELLPATH CARE INC., CORRECT CARE
SOLUTIONS INC. a/k/a NEW YORK CORRECT
CARE SOLUTIONS MEDICAL SERVICE, P.C. &
NEW YORK CORRECT CARE SOLUTIONS, LLC,

                        Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 20, 2024, Defendants' motions to dismiss are GRANTED. Plaintiff's federal claims are dismissed with prejudice; Plaintiff's withdrawn state law claims asserted against Defendants Spano, Latimer, the Westchester County Department of Correction, and the Westchester County Jail are dismissed with prejudice; and Plaintiff's remaining state law claims are dismissed without prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

   September 23, 2024

                                                  **DANIEL ORTIZ**
                                         **Acting Clerk of Court**

                   **BY:** _____
                                                **Deputy Clerk**